# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

MIKE BABBITT,

        Plaintiff,             JUDGMENT IN A CIVIL CASE

vs.                             Case No. CV-10-19-GF-SEH

MINI MART, INC. d/b/a
LOAF N' JUG,

        Defendant.

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS HEREBY ORDERED that:

1.    Plaintiff's Motion to Dismiss Case Without Prejudice is GRANTED.

DATED this 27th day of April, 2010.

                              PATRICK E. DUFFY, CLERK OF COURT

                              /s/ Suzanne Redding
                                                           Deputy Clerk